JAMES H. THEBEAU (CA State Bar No. 128845)
Deputy County Counsel
MICHELLE D. BLAKEMORE, (CA State Bar No. 110474)
County Counsel
385 North Arrowhead Avenue, Fourth Floor
San Bernardino, California 92415
Telephone: (909) 387-4402
Facsimile: (909) 387-4069
E-Mail: jthebeau@cc.sbcounty.gov

Attorneys for Defendants San Bernardino County and San Bernardino County Sheriff's Department

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE ROBLES PLASCENCIA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; ICE DOES 1-8; SAN BERNARDINO COUNTY; SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT; and CALIFORNIA DOES 1-10,<br><br>Defendants. | CV 17-02515 JGB (SPx)<br><br>**ANSWER TO COMPLAINT BY DEFENDANTS SAN BERNARDINO COUNTY AND SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT**<br><br>Honorable District Court Judge Jesus G. Bernal |

Defendants San Bernardino County and San Bernardino County Sheriff's Department (County) hereby answers the Complaint as follows:

   1.  County denies paragraphs 1, 2 (second sentence), 3, 6-10, 13, 15, 18-25, 27 (1st, 3rd, 4th, 5th and 6th sentences), 31, 32, 33, 35. 36 – 48, 51-53, 54 (2nd, 3rd and 4th sentences), 55 and 60-62, 64 – 69, 71 – 77, 79 – 82, 84 – 86 and 88 – 94, for lack of sufficient information or knowledge.

   2.  County denies paragraphs 2 (second sentence), 4, 5, 11 (1st and 3rd sentences), 12, 27 (second sentence), 28 – 30, 34, 49, 56 – 59, 96 – 102, 104 – 110, 112 – 116, 118 – 121, 123 – 130 and 132 – 136.

Case 5:17-cv-02515-JGB-SP   Document 22   Filed 01/10/18   Page 2 of 4   Page ID #:81

**FIRST AFFIRMATIVE DEFENSE**

The Complaint fails to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

Any injury or damages to plaintiffs herein were proximately caused by the negligence of the plaintiff, in that plaintiff failed to exercise ordinary care under the circumstances. Plaintiff is therefore barred from recovery herein, or, if any state law liability is found on the part of County, then plaintiff's recovery shall be reduced on the basis of plaintiff's contributory comparative negligence.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiff failed to mitigate damages.

**FOURTH AFFIRMATIVE DEFENSE**

The action is barred for plaintiff's failure to fairly include facts and theories supporting the Complaint in a timely filed government claim as required by Government Code §§ 910, et seq.

**FIFTH AFFIRMATIVE DEFENSE**

Plaintiff's action is barred based on plaintiff's failure to exhaust all available grievance procedures in the jail.

**SIXTH AFFIRMATIVE DEFENSE**

County is immune pursuant to Government Code §§ 815 and 815.2 (b).

**SEVENTH AFFIRMATIVE DEFENSE**

County is immune pursuant to Government Code §§ 820.2, 820.4 and 820.6.

**EIGHTH AFFIRMATIVE DEFENSE**

County is immune pursuant to Government Code § 821.6.

**NINTH AFFIRMATIVE DEFENSE**

County is immune pursuant to Government Code §§ 844.6 and 845.4.

**TENTH AFFIRMATIVE DEFENSE**

County is immune pursuant to Civil Code § 43.55.

/

2
DEFENDANTS' ANSWER TO COMPLAINT

**ELEVENTH AFFIRMATIVE DEFENSE**

County is immune pursuant to Penal Code § 847 (b)(1) and (2).

**TWELFTH AFFIRMATIVE DEFENSE**

County is entitled to absolute quasi-judicial immunity.

**THIRTEENTH AFFIRMATIVE DEFENSE**

If plaintiff sustained any damage as alleged in the Complaint, that damage was proximately caused and contributed to by other persons, entities or parties other than the County in failing to conduct themselves in a manner ordinarily expected of reasonably prudent persons. The County shall therefore be liable only for the amount of non-economic damages allocated in direct proportion to defendant's percentage of fault, pursuant to Civil Code § 1431.2 and other applicable law.

**FOURTEENTH AFFIRMATIVE DEFENSE**

Plaintiff has no standing to bring suit against the County, and is not protected by, California Government Code § 7282.5, et seq. (as effective at the time of the subject incident), as at the time of the events alleged in the Complaint, the County was informed that plaintiff was removable as a criminal alien in that she had previously been ordered removed and was removed from the United States as an illegal removable alien, and then illegally re-entered the United States in continuing felony violation of 8 USC § 1326.

**FIFTEENTH AFFIRMATIVE DEFENSE**

California Government Code § 7282.5, et seq, (as effective at the time of the subject incident) is pre-empted by federal law, including but not limited to pursuant to 8 USC §§ 1325 and 1326 and Congressional legislation concerning the detention and removal of criminal aliens.

**SIXTEENTH AFFIRMATIVE DEFENSE**

At all times mentioned in the Complaint, plaintiff was subject to detention and arrest independent of any detainer by I.C.E, based on probable cause to believe that she had previously been deported and re-entered the United States illegally, in continuing felony

violation of 8 USC § 1326.

## SEVENTEENTH AFFIRMATIVE DEFENSE

The action was not filed and cannot be maintained based on reasonable cause and in good faith and therefore County are entitled to attorney's fees and costs pursuant to CCP § 1021.7.

WHEREFORE, County prays plaintiff takes nothing by reason of the Complaint, and for costs of suit incurred herein, for defense costs, including reasonable attorney fees, and for such other and further relief as the Court deems just and proper.

DATED: January 10, 2018          MICHELLE D. BLAKEMORE
                                 County Counsel

                                 */s/ James H. Thebeau*
                                 JAMES H. THEBEAU
                                 Deputy County Counsel
                                 Attorneys for Defendants