1  Douglas A. Axel (SBN 173814)
   daxel@sidley.com
2  Sean A. Commons (SBN 217603)
   scommons@sidley.com
3  James M. Perez (SBN 249842)
   james.perez@sidley.com
4  Alexandria Daugherty (SBN 307684)
   adaugherty@sidley.com
5  Alexandria V. Ruiz (SBN 313286)
   aruiz@sidley.com
6  Waqas A. Akmal (SBN 316601)
   wakmal@sidley.com
7  SIDLEY AUSTIN LLP
   555 West Fifth Street
8  Los Angeles, CA 90013
   Telephone: +1 213 896 6023
9  Facsimile: +1 213 896 6600

10 Jennifer Pasquarella (SBN 263241)
   jpasquarella@aclusocal.org
11 Adrienna Wong (SBN 282026)
   awong@aclusocal.org
12 Eva L. Bitran (SBN 302081)
   ebitran@aclusocal.org
13 ACLU FOUNDATION of SOUTHERN
   CALIFORNIA
14 225 W. Hospitality Ln., Ste. 302
   San Bernardino, CA 92408
15 Telephone: (909) 380-7505
   Facsimile: (213) 977-5299
16
   Attorneys for Plaintiff
17 Guadalupe Robles Plascencia

18                **UNITED STATES DISTRICT COURT**

19           **CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| 20  GUADALUPE ROBLES PLASCENCIA, | Case No. 5:17-cv-02515-JGB-SP |
| 21          Plaintiff, | **DECLARATION OF ALEXANDRIA RUIZ IN SUPPORT OF PLAINTIFF GUADALUPE ROBLES PLASCENCIA'S UNOPPOSED MOTION TO AMEND COMPLAINT** |
| 22          vs. | |
| 23  UNITED STATES OF AMERICA; ICE DOES 1-8; SAN BERNARDINO COUNTY; SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT; and CALIFORNIA DOES 1-10, | |
| 24 | Assigned to: Hon. Jesus G. Bernal |
| 25 | Date:  August 13, 2018<br>Time:  9:00 a.m.<br>Ctrm:  1 |
| 26          Defendants. | |

27

28

DEC. OF A. RUIZ IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION TO AMEND COMPLAINT

1    I, Alexandria V. Ruiz, hereby declare and state as follows:

2    1.    I am an attorney at law admitted to the Central District of California and am an associate at the law firm of Sidley Austin LLP, attorneys of record for Plaintiff Guadalupe Robles Plascencia ("Ms. Plascencia") in this case.  I make this declaration in support of Ms. Plascencia's Unopposed Motion to Amend Complaint, following a meet and confer with opposing counsel on July 3, 2017, pursuant to Local Rule 7-3.  I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently thereto.

2.    Ms. Plascencia, through her attorneys of record, has diligently sought to identify the agents and officers currently named in the Complaint as ICE Does 1-8 and California Does 1-10 (collectively, the "Doe Defendants").  In order to obtain this information, she has made repeated requests of Defendants San Bernardino County, San Bernardino County Sheriff's Department, and the United States of America (collectively, "Defendants").

3.    On January 18, 2018, Ms. Plascencia, through her attorneys of record, wrote Defendants and requested the names and contact information of the Doe Defendants.  Ms. Plascencia received no formal response.

4.    On March 15, 2018, Ms. Plascencia, through her attorneys of record, conferred with counsel for the United States regarding the United States' motion to dismiss.  During that conference, Ms. Plascencia's attorneys requested the names and contact information of ICE Does 1-8.  Counsel for the United States indicated that such information would not be disclosed to Ms. Plascencia unless and until the action reached discovery.

5.    All parties conferred on April 16, 2018, pursuant to Federal Rule of Civil Procedure 26(f).  During that conference, Ms. Plascencia's attorneys requested that Defendants disclose the identities of the respective Doe Defendants.  Defendants refused.

6.    On April 20, 2018, Ms. Plascencia propounded written discovery seeking

information regarding the identities of the Doe Defendants.

7. The parties exchanged initial disclosures on May 4, 2018. San Bernardino County disclosed the first initial and last name of individual officers involved in the arrest and detention of Ms. Plascencia. This limited information was inadequate to amend the complaint to name any of the California Does. The United States disclosed the names of two potential witnesses—Ms. Plascencia and her daughter—but no ICE officers or agents.

8. The parties appeared before the Court for their Scheduling Conference on May 21, 2018. Ms. Plascencia, through her attorneys of record, raised Defendants' continued failure to disclose any information regarding the Doe Defendants, despite Ms. Plascencia's repeated requests. The Court instructed the parties to move quickly on this issue so that the Complaint could be amended to reflect all necessary parties.

9. The County subsequently disclosed the full names of officers involved in the detention of Ms. Plascencia in response to written discovery requests. The United States refused to do so, objecting to the discovery requests from Ms. Plascencia.

10. On June 4, 2018, Ms. Plascencia, through her attorneys of record, conferred with counsel of the United States pursuant to Federal Rule of Civil Procedure 37. The United States subsequently agreed to disclose the names of the ICE officials who came in contact with Ms. Plascencia on March 30, 2017.

11. Ms. Plascencia received the supplemental disclosures from the United States on June 11, 2018. By June 15, 2018, Ms. Plascencia had drafted the First Amended Complaint ("FAC"), provided it to Defendants for review, and requested that they stipulate to Ms. Plascencia filing the FAC.

12. Defendants requested and were granted extensions to respond to Ms. Plascencia's request for a stipulation to file the FAC. On June 29, 2018, the United States indicated that it would not stipulate to the filing of the FAC.

13. The parties conferred pursuant to Local Rule 7-3 regarding the filing of this motion on July 3, 2018. During that conference, the United States indicated that

it might not oppose the motion if it could review a draft before filing, and the County indicated that it would be willing to stipulate to the filing the FAC.  The United States thereafter maintained its position that it would not stipulate to the filing of the FAC, but it agreed not to oppose Ms. Plascencia's motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 11th day of July, 2018, at Los Angeles, California.

/s/ Alexandria V. Ruiz
Alexandria V. Ruiz

SIDLEY AUSTIN LLP

Attorneys for Plaintiff
Guadalupe Robles Plascencia