Douglas A. Axel (SBN 173814)
daxel@sidley.com
Sean A. Commons (SBN 217603)
scommons@sidley.com
James M. Perez (SBN 249842)
james.perez@sidley.com
Alexandria Daugherty (SBN 307684)
adaugherty@sidley.com
Alexandria Ruiz (SBN 313286)
aruiz@sidley.com
Waqas Akmal (SBN 316601)
wakmal@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: (213) 896-6178
Facsimile: (213) 896-6600

Jennifer Pasquarella (SBN 263241)
jpasquarella@aclusocal.org
Adrienna Wong (SBN 282026)
awong@aclusocal.org
Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
ACLU FOUNDATION of
SOUTHERN CALIFORNIA
225 W. Hospitality Ln., Ste. 302
San Bernardino, CA 92408
Telephone: (909) 380-7505
Facsimile: (213) 977-5299

Attorneys for Plaintiff
Guadalupe Robles Plascencia

(Additional counsel listed on last page)

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| GUADALUPE ROBLES PLASCENCIA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | No. EDCV 17-2515 JGB (SPx)<br><br>NOTICE OF SETTLEMENT<br><br>Hon. Jesus G. Bernal |

The parties, by and through their respective attorneys, have reached a settlement in the above-captioned action.[1] The settlement resolves the action in its entirety. A stipulation of dismissal should be filed within the next 60 days.

Dated: October 1, 2018

SIDLEY AUSTIN LLP
ACLU FOUNDATION OF SOUTHERN CALIFORNIA

/s/ *Alexandria Ruiz*
ALEXANDRIA RUIZ
Attorneys for Plaintiff Guadalupe Robles Plascencia

Dated: October 1, 2018

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE OSINOFF
Assistant United States Attorney
Chief, General Civil Section

/s/ *Grace Y. Park*
GRACE Y. PARK
Assistant United States Attorney
Attorneys for Defendant the United States of America

Dated: October 1, 2018

MICHELLE D. BLAKEMORE
County Counsel

/s/ *James H. Thebeau*
JAMES H. THEBEAU
BLAKNEY A. BOGGS
County Counsel
Attorneys for Defendants San Bernardino County, San Bernardino County Sheriff's Department, Marlene Escobar, and Marcelyn Brooks

[1] As part of the settlement, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff voluntarily dismissed with prejudice from this action defendants Phillip Ashley, Darrick Gatling, Aaron Martinez, Aaron Raynor, Tamirra Robinson, Alberto Romero, Abel Uribe, and William Wheeler, none of whom answered or otherwise responded to the operative complaint. That voluntary dismissal was filed today. The remaining defendants, all represented by counsel, provide this notice of settlement.

(Additional counsel)

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
GRACE Y. PARK (Cal. Bar No. 239928)
Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-3551
Facsimile: (213) 894-7819
E-mail: Grace.Park@usdoj.gov

Attorneys for Defendant United States of America

JAMES H. THEBEAU (CA State Bar No. 128845)
Deputy County Counsel
BLAKNEY A. BOGGS (CA State Bar No. 266895)
Deputy County Counsel
MICHELLE D. BLAKEMORE, (CA State Bar No. 110474)
County Counsel
385 North Arrowhead Avenue, Fourth Floor
San Bernardino, California 92415
Telephone: (909) 387-4402
Facsimile: (909) 387-4069
E-Mail: jthebeau@cc.sbcounty.gov

Attorneys for Defendants San Bernardino County, San Bernardino County Sheriff's Department, Marlene Escobar and Marcelyn Brooks